BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
JENNIFER LEE TARN, CSBN 240609
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4861
Email: Jennifer.Tarn@ssa.gov

Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

ROSA E.L.,

      Plaintiff,

        v.

LELAND DUDEK,
Acting Commissioner of Social Security,[1]

      Defendant.

No. 2:25-cv-01492-BFM

**JUDGMENT**

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1        The Court having approved the parties' stipulation to remand this case pursuant

2   to Sentence 4 of <u>42 U.S.C. § 405(g)</u> for further proceedings consistent with that

3   stipulation and for entry of judgment for Plaintiff, judgment is hereby entered for

4   Plaintiff.

5

6   DATED: <u>4/28/2025</u>

7                         HONORABLE BRIANNA FULLER MIRCHEFF

8                         UNITED STATES MAGISTRATE JUDGE