LELAND LAW CORP.
7200 Greenleaf Avenue, Suite 170A
Whittier, CA 90602
Telephone: (562) 904-6955
Facsimile:  (562) 632-1301
MOSELLE C. LELAND BOHORQUEZ [CSBN: 268272]
E-mail: tracey@disabilitylawfirm.com
         Attorneys for Plaintiff
BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
TINA NAICKER [CSBN 252766]
Special Assistant United States Attorney
6401 Security Blvd.
Baltimore, MD 21235
Telephone:  (510) 970-4842
Facsimile: (415) 744-0134
Email:  tina.naicker@ssa.gov
         Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA E. LOPEZ,<br><br>         Plaintiff,<br><br>              v.<br><br>Commissioner of Social Security,<br><br>         Defendant. | Case No. 2:25-cv-01492-BFM<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

1 | Based upon the parties' Stipulation for the Award and Payment of Equal
2 | Access to Justice Act Fees, IT IS ORDERED that fees in the amount of TWO
3 | THOUSAND SIX HUNDRED DOLLARS [$2,600.00], as authorized by 28 U.S.C.
4 | § 2412(d), be awarded subject to the terms of the Stipulation.

Dated: July 25, 2025

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE

1